Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 09-34241 RKM |
| | ) | Chapter 7 |
| CHRISTINA ODETTE POWELL, | ) | |
| | ) | **DEPOSIT OF FUNDS FOR SMALL** |
| Debtor. | ) | **CLAIMS** |
| | ) | |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned

bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution

checks to creditors.

2.    The following creditors were to have received a 21.70% distribution on their

claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds

into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 2 | Shawn Hamilton DMD<br>1638 West 6235 South<br>Salt Lake City, UT 84123-6647 | $1.17 |



3.    A check in the amount of $1.17 representing said unclaimed funds has been

made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this ___8th___ day of July, 2011.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _8th_ day of July, 2011, I served the foregoing Deposit of

Funds for Small Claims upon the following party in interest by depositing a copy thereof in

the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4848-8487-4506, v. 1